## Robert Smith, Plaintiff in Error, v. Chicago Railways Company, Defendant in Error.

### Gen. No. 18,787.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinon filed February 5, 1914.

### Statement of the Case.

Action by Robert Smith against Chicago Railways Company to recover for personal injuries sustained on being struck by one of defendant's cars. From a verdict and judgment for defendant, plaintiff brings error.

ELMER & COHEN, for plaintiff in error.

JOSEPH D. RYAN and WILLIAM H. SYMMES, for defendant in error; JOHN R. GUILLIAMS and FRANK L. KRIETE, of counsel.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

STREET RAILROADS, § 133*—*when liability for injury to pedestrian a question for jury.* Where a pedestrian was struck by a westbound car at a street intersection after having crossed the eastbound tracks in safety, under evidence that the street was well lighted, that there were no wagons or vehicles in the street, and that a car approaching from the east could be seen for a distance of 352 feet, the questions of plaintiff's contributory negligence and defendant's negligence or wantonness were *held* to be for the jury.

See Illinois Notes Digest, Vols. XI to XV, same topic and section number.